**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 JEREMIAH JOHNSON-EL,

                      Plaintiff,

      -against-                                    25 **CIVIL** 8324 (LLS)

                                            **JUDGMENT**

ANTHONY PASCULLO; BUCKHEIT
PARTNERS LLP; TOWN OF WARWICK
COURT; JAMES OROTKA,

                      Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 10, 2026, Plaintiff's complaint, filed in forma pauperis

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii)

Accordingly, the case is closed.

**Dated:** New York, New York

       March 13, 2026

                                   **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**

        **BY:**                            
                                   _____
                                    **Deputy Clerk**